# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GAIL ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-CV-1676-SCJ |
| v. ) | |
| ) | |
| AMERICAN FEDERATION OF ) | |
| GOVERNMENT EMPLOYEES, AFL- | |
| CIO, AFGE DISTRICT 5, | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gail Rogers ("ROGERS") in the above-named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment and order dismissing Rogers' case entered on the 28th day of February, 2019.

An elected officer is also a member of the union and rights afforded to members do not become nullified when a member is elected to office.

{SIGNATURE BLOCK ON NEXT PAGE}

Respectfully submitted this 29th day of March, 2019.

/s/ Bonnie Michelle Smith
Bonnie Michelle Smith
Georgia Bar No. 654848
MICHELLE SMITH ATTORNEY AT LAW
P.O. Box 8633
Warner Robins, GA 31095
Telephone:  478.953.3661
Facsimile:  888.646.8754
msmith158@juno.com

*Attorney for Plaintiff GAIL ROGERS*

## Certificate of Service

The undersigned hereby certifies that on March 29, 2019 a true and correct copy of the foregoing was filed via the court's CM/ECG system, which will serve:

Robert M. Weaver, Esq.
Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, GA 30032


Respectfully submitted this 29th day of March, 2019.

/s/ Bonnie Michelle Smith
Bonnie Michelle Smith
Georgia Bar No. 654848
MICHELLE SMITH ATTORNEY AT LAW
P.O. Box 8633
Warner Robins, GA 31095
Telephone: 478.953.3661
Facsimile: 888.646.8754
msmith158@juno.com
*Attorney for Plaintiff GAIL ROGERS*